Same case below, 371 Fed. Appx. 942.

**No. 10-6165. Robert Herrera, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1011, 131 S. Ct. 522, 178 L. Ed. 2d 385, 2010 U.S. LEXIS 8479, 

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-6167. Theodore Rhone, Petitioner v. Washington.**

562 U.S. 1011, 131 S. Ct. 522, 178 L. Ed. 2d 385, 2010 U.S. LEXIS 8634.

November 1, 2010. Petition for writ of certiorari to the Supreme Court of Washington denied.

Same case below, 168 Wash. 2d 645, 229 P.3d 752.

**No. 10-6168. Darryl Scott Stinski, Petitioner v. Georgia.**

562 U.S. 1011, 131 S. Ct. 522, 178 L. Ed. 2d 385, 2010 U.S. LEXIS 8606, 

November 1, 2010. Petition for writ of certiorari to the Supreme Court of Georgia denied.

Same case below, 286 Ga. 839, 691 S.E.2d 854.

**No. 10-6171. Ricardo Gutierrez, Petitioner v. Rick Thaler, Director,** Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 1011, 131 S. Ct. 522, 178 L. Ed. 2d 385, 2010 U.S. LEXIS 8557.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-6175. Kim Marie LaBranche, Petitioner v. Argent Mortgage Company.**

562 U.S. 1011, 131 S. Ct. 522, 178 L. Ed. 2d 385, 2010 U.S. LEXIS 8497.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-6177. George Jenkins, Petitioner v. Robert Stevenson, Warden.**

562 U.S. 1011, 131 S. Ct. 524, 178 L. Ed. 2d 385, 2010 U.S. LEXIS 8573.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 376 Fed. Appx. 308.

**No. 10-6183. Steven Ray DeLaCruz, Petitioner v. Rich Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1011, 131 S. Ct. 523, 178 L. Ed. 2d 385, 2010 U.S. LEXIS 8574.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.